CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 16 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 7:10CR00016 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| SETH LINKOUS THOMAS, | ) | By: Michael F. Urbanski |
| Defendant. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. The government's motion to dismiss (ECF No. 235) is **GRANTED**;

2. Thomas's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 231-1) is **DISMISSED**;

3. A certificate of appealability is **DENIED**; and

4. This action shall be **STRICKEN** from the active docket of this court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 16th day of March, 2016.

/s/ Michael F. Urbanski
United States District Judge